JULIA POMEROY NEWELL, Respondent, *v.* JOSEPH POMEROY et al., Defendants; FRANK R. CHANDLER, as Executor of GEORGE P. POMEROY, Deceased, Appellant.

Reported below, 3 App. Div. 619.
(Argued October 18, 1897; decided October 26, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 16, 1896, which affirmed a final judgment in an action of partition.

The motion was made upon the grounds that the appellant is not a party aggrieved, within the provisions of section 1294 of the Code of Civil Procedure; that no questions of law are raised by the appeal which can be reviewed by the Court of Appeals, and that the questions raised or sought to be raised are without merit and frivolous.

*Blackwell Brothers* for motion.

*F. L. Minton* opposed.

Motion denied, without prejudice to the respondent's right to raise the question of the appellant's status upon the argument of the appeal; no costs.